AO 440 (Rev. 8/01) | SDWV/CIV-004 (4/05) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA

### AT CHARLESTON

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION

Plaintiff,

V.

CHEROKEE DRILLING COMPANY,
LLC, an affiliate of CHEROKEE ENERGY
COMPANY,

Defendant.

**SUMMONS IN A CIVIL ACTION**
CIVIL ACTION NO. 2:06-0107

TO [Name and address of defendant]:

MR. MARTIN TWIST
2644 Conner Drive
Charleston, West Virginia 25302

**YOU ARE HEREBY SUMMONED** and required to serve on [Name and address of Attorney(s) for Plaintiff(s)]:

M. JEAN CLICKNER, ESQ.
EEOC, Pittsburgh Area Office
Liberty Center, Suite 300
1001 Liberty Avenue, Pittsburgh, PA 15222

KELLY R. CURRY, ESQ.
Assistant United States Attorney
P. O. Box 1713
Charleston, WV  25326

an answer to the complaint which is served on you with this summons, within 20 days of service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TERESA L. DEPPNER, CLERK OF COURTS

BY: _____
        DEPUTY CLERK

DATE: **FEB 1 3 2006**